UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 25CR0745-W |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CONTINUE** |
| MARIO SANDOVAL, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue is GRANTED. The Motion Setting scheduled for April 17, 2025 is continued as a Status Hearing for June 9, 2025 at 9:30 a.m. It is further ordered that time is excluded from the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(7)(A).

DATED: 4/2/25

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE